IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**LUIS ANGEL SOTO,**<br><br>   *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:25-cr-00001-TES-CHW-1** |

**ORDER GRANTING CONSENT
MOTION TO CONTINUE TRIAL**

Before the Court is the United States' Consent Motion For Continuance in the Interest of Justice [Doc. 56]. The pretrial conference was scheduled to be held on September 3, 2025, and Defendant Luis Angel Soto does not oppose another continuance. [*Id.*]. For the reasons set forth below, the Court finds that the pretrial conference should be continued pursuant to 18 U.S.C. § 3161(h).

On January 14, 2025, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Controlled Substances,[1] and Unlawful Use of a Communication Facility.[2] [Doc. 22]. Defendant entered a plea of not guilty. [Doc. 28]. Defendant Soto is also under indictment with at least seven (7)

---

[1] In violation of 21 U.S.C. § 846, in connection with § 841(a)(1), (b)(1)(A)(viii) and (b)(1)(B)(vi).

[2] In violation of 21 U.S.C. § 843(b), (d)(1).

others in a separate sealed case (3:25-cr-00015) that has been declared complex. [Doc. 53, p. 1].

In its Motion, the Government requests another continuance "to allow. . . adequate time to engage in meaningful plea discussions, which involves review of voluminous discovery material in the above-styled case and in a separate case, 3:25-CR-15-TES, in which the defendant is also charged in this district." [Doc. 56, p. 1].

Considering this, failure to grant another continuance in this case would deny the Government "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv). So as to avoid a miscarriage of justice, the Court **GRANTS** the United States' Unopposed Motion to Continue Trial. The Court **CONTINUES** this case to December 15, 2025. The pretrial conference will be held on November 10, 2025. The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 3rd day of September, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
